**Opinion issued May 9, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-01080-CV

_____

## MIGUEL A. OLGUIN-RAMIREZ, Appellant

## V.

## OFFICE OF THE ATTORNEY GENERAL, Appellee

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-04351**

## MEMORANDUM OPINION

Appellant, Miguel A. Olguin-Ramirez, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code Ann. §§ 51.207, 51.208, 51.941(a), 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before

the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.